UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x

RAMON FONTANEZ, Individually, and On Behalf of All Others Similarly Situated,

                     Plaintiff,

vs.

MAD HIPPIE, LLC,

                     Defendant.

---------------------------------------------------------------x

Case No.: 1:22-cv-05580-JPO

**NOTICE OF VOLUNTARY DISMISSAL**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), plaintiff Ramon Fontanez hereby gives notice that the above-captioned action is voluntarily dismissed, with prejudice, against defendant Mad Hippie, LLC.

DATED: October 20, 2022

**So ordered.**
**10/24/2022**

_J. PAUL OETKEN_
United States District Judge

**MIZRAHI KROUB LLP**

/s/ Edward Y. Kroub
EDWARD Y. KROUB

EDWARD Y. KROUB
JARRETT S. CHARO
WILLIAM J. DOWNES
200 Vesey Street, 24th Floor
New York, NY 10281
Telephone: 212/595-6200
212/595-9700 (fax)
ekroub@mizrahikroub.com
jcharo@mizrahikroub.com
wdownes@mizrahikroub.com

*Attorneys for Plaintiff*